Plaintiff's Name: Dr Christopher Nathaniel El-Bey Washington
Prisoner No. D-77851
Institutional Address: Mule Creek State Prison "MCSP"
P.O. Box #109119 - 4001 Hwy 104
Ione CA- 95641

**FILED**

Oct 19 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Dr. Christopher Nathaniel El-Bey Washington
*(Enter your full name)*

Nurse Aracao SVSP et-al
John/Jane-Doe Warden of SVSP et-al
M.R. Padilla Healthcare CEO Hq et-al
S. Gates Cheif Appeals Insti Branch et-al
Ralph Diaz Secretary of Corrections et-al
Glavin Newsom Governor of California et-al
*(Enter the full name(s) of all defendants in this action)*

Case No.  5:21-cv-08126-BLF  (PR)
*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of "present" confinement: Mule Creek State Prison

B. Is there a grievance procedure in this institution?  YES ☒  NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure? YES ☒  NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: "SVSP" HC 21000595 the above stated filed as attached or accepted at institution level on April 5th 2021

2. First formal level: "SVSP" HC 21000595 petitioner was interviewed initially at the "Institution appeals level June 8th 2021

2. First formal level: Notice The petitioner has Attach Exhibit "A" to supplement the Attach't titled Supplemth To 42 USC Section 1983

3. Second formal level: Pleas Notice a few step's of the 602 Grievance process has Become deleted, Havera This petitioner did exhaust all Available Remedies.

4. Third formal level: The Highest Available level is Attach As Exhibit "A" To Reflect The hereinafter Record of The institution level Response see Exhibit "A"

E. Is the last level to which you appealed the highest level of appeal available to you?
   YES ☒   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.

N/A

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
Dr Christopher Nathaniel El-Bey Washington #P77851 Mule Creek State Prison PO Box #409099-4001 Hwy 104 Ione CA 95641

B. For each defendant, provide full name, official position and place of employment.
Nurse Magulo SVSP- Medical Health Care Nurse SVSP
John Kone - DOE The Warden of SVSP
C/R, Padilla Health Care Appeal Institute Level SVSP
S. Clates Health Care Appeal Head Quarter Brand Sccto Calif
Ralph Diez Secretary of Correction CDCR
Gavin Newsom The Governor of California

of at which time during there at the event of the interview the Chief Executive C.R. Padilla's subordinate otherwise addressing the claim instead ignored the important issue and or matter of that he suffered prior to the date which he got and exhausted all the way to First District Appellate Project starting with and 602 Superior Court of Monterey & to said Court of Appeals. The Appeal-Branch refused to address the real issues instead they only addressed test after the petitioner recovered time, and never addressed the effects indicated vaccine causation nature the January 2020 through August & September 2020 (Covid-19) petitioner TB system when injury bumps all over his body + respiratory issues

602 log # SVSP-HC-21000595

Appeal # A161449

please see petitioners

Complaint Supplement/tal

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Damage is follows

1) punitive
2) jury trial on any all issues
3) preliminary permanent injunction
4) declaration
5) $5,000,000 each respondent

please see attached supplemental

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: _____     _____
                  Date              Signature of Plaintiff

# Proof of Service By Mail

Comes Now The undersigned petitioner Declaring The following

I Dr Christopher Nathaniel El-Bey Washington

That On or About _____ 2021 Submitted To The US District Court Northern District of California

A Civil Rights Action Pursuant To Title 42 United States Code 1983

a) By Placing (1) original & (1) copy of The stated Complaint inside an envelope pre-paid pre-Addressed To The following interested individuals

b) The clerk of The US District Court
Northern District of California
280 South 1st Street
San Jose CA. 95113

c) for processing into The United States postal System

WHEREFORE The Above stated is True and correct To The Best of my Ability knowledge & Belief under penalty of perjury pursuant to 28 USC 1746, Respectfully Submitted by
Dated _____ 2021   Christopher Nathaniel El-Bey Washington