1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2  Name: _Washington_ _Christopher_ _N_

3        (Last)           (First)           (Middle Initial)

4  Prisoner Number: _P-77851_

5  Institutional Address: _Mule Creek State Prison-DCMBox #409060_

6  _Ione CA. 95640_  **FILED**

7

8            **UNITED STATES DISTRICT COURT**  MAR 16 2022

9          **NORTHERN DISTRICT OF CALIFORNIA**  CLERK, U.S. DISTRICT COURT
                                  NORTH DISTRICT OF CALIFORNIA
                                  SAN JOSE OFFICE

10  _Christopher Nathaniel_

11  _(Enter your full name.)_ _El-Bey Washington_

12  _NUSE Magadi SVSP_  vs.      Case No. _21-08126-BLF_

13  _The wardens SVSP John Doe_  _(Provided by the clerk upon filing)_
  _Scotes Chief Health Care CEO HQ Level_

14  _C.K. Padilla Chief Exam Appeals SVSP_  **COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983**

15  _(Enter the full name(s) of the defendant(s) in this action.)_  _Amended Complaint_

16

17  **I. Exhaustion of Administrative Remedies.**

18  _Note:_  _You must exhaust available administrative remedies before your claim can go_

19        _forward. The court will dismiss any unexhausted claims._

20  A.  Place of present confinement _MCSP_

21  B.  Is there a grievance procedure in this institution?  **YES** ☒  **NO** ☐

22  C.  If so, did you present the facts in your complaint for review through the grievance

23      procedure?  **YES** ☒    **NO** ☐

24  D.  If your answer is YES, list the appeal number and the date and result of the appeal at each

25      level of review. If you did not pursue any available level of appeal, explain why.

26        1. Informal appeal: _SVSP HC 21000595_

27

28

PRISONER COMPLAINT (rev. 8/2015)
_Page 1 of 3_

1  **III. Statement of Claim.**

2       State briefly the facts of your case. Be sure to describe how each defendant is involved
   and to include dates, when possible. Do not give any legal arguments or cite any cases or
   statutes. If you have more than one claim, each claim should be set forth in a separate

3  numbered paragraph.

4  The Defendants placed me at a risk to

5  Contract Covid-19 virus. Defendant Refuse

6  to see me prior to date of february 2020

7  as I initially complaind of symptoms until March

8  2020. to those dates stated Above I also

9  Seen by Nurse Magna Requist who refuse to

10 take note of my symptoms listed name called

11 me & refused to give me medical help

12     I wrote 602 to redress problems

13 stated however felt fear my life Death Threats

14 al Appeals did not give me any remedy. He her

15 Made no intervention    please see

16 **IV. Relief.**                              Attatch supplement

17      Your complaint must include a request for specific relief. State briefly exactly what you
   want the court to do for you. Do not make legal arguments and do not cite any cases or

18 statutes.  I request a jury trial $175,000.

19 each Respondant Compensary + Time Damages

20 $5001 = each Respondant pananapne Damages

21 Cost of Suit    court

22

23

24 I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

25 Executed on:  5-15-22  _____

                    *Date*                    *Signature of Plaintiff*

PRISONER COMPLAINT (rev. 8/2015)
*Page 3 of 3*

Christopher N Washington #D77857
Mule Creek State Prison - PO Box# 107060
4001 Hwy 104
IONE CA. 95640

United States District Court
Northern District of California

Christopher Nathaniel
Washington©                     Plaintiff's

Case# 21-08126BLF

Notice of Draw
Amended
Complaint

Nurse/Magado, SVSP-et.al
The warden SVSP. John/Jane Doe, et.al
S. Jate or Chief Health-Care CEO HQ Level et.al
E.R. Padilla Chief Executive Appeals insti. Level SVSP et.al

Defendants

## I AMENDED COMPLAINT

1. The plaintiff hereby Re-Alleges and incorporates by Reference's. Constitutional Violations. hereinunto A Civil Action Authorized by Title 42 USC Section 1983 in order That plaintive May legibly & Clearly Set forth Sufficient Facts Redressing The deprivation Under Color of law Of Rights Secured by The Constitution of The United States. The plaintiff Believes That This Court has Jurisdiction under 28th Title USC and Section 1331 and Section 1343 (a)(3). The plaintive Most humbly Seeks and Respectfully Request The Most Honorable District Judge grant declaratory Relief pursuant To Title 28 USC Section 2201 and 2202. The plaintiffs claims for injunctive Relief are authorized by 28 USC section 2283-2284 and

1 of II

Christopher Nathaniel Washington
Mule Creek State Prison - P.O.Box # 409060
4001 Hwy 104
Ione CA. 95640

pro se plaintiff Amended Complaint
Case # 21-08126 (Continued)

1.

2. Rule # 65 of The F. R. of C.V.P.

3.

4. 2. The United States District Court of Northern District

5. of California is the proper and appropriate venue under

6. Title 28 U.S.C Section 1391 (b)(2) because it is where

7. the events giving rise to This Claim(s) occurred and Eminated.

8.

9. 3. II Christopher Nathaniel Washington© A

10. Also Committed As Name includes Christopher Nathaniel El-

11. Bey Washington a the initial the plaint J is also under a

12. common law Copy right- Cause for That Cause and Reason We most

13. Respectfully give this court proper notice please acknowledge

14. Thereunto and at all Times Mentioned herein This plaintiff

15. is an ENS. Legis and Secured party Creditor hereinafter

16. a Registered Moorish American Requesting The Rule of

17. liberal Construction. The plaintiff is Currently Confined

18. under The Custody of California Department of Correction

19. Mule Creek State Prison Ione California & hereby a state

20. For The record The plaintiff is an ENS. legis and Secured

21. party Creditor hereunder spc # 7090525 Registration Number.

22.

23. 4. Each Defendant Which are herein Stated by

24. Rank Title and or Nexus of Status and are also CDCR

25. employees Who are at all Times Mentioned indices

26. of Thier individual Capacities in The Relative- Relativity

27. of Supervise and Their Subordinate- Counter- part As

28. Follows

page 2 of 10

Christopher N. Wade Jr. #D72925
Mule Creek State Prison - PO Box # 409060
4001 Hwy 104
IONE CA 95640

Pro Sé Plaintiffs' Amended Complaint
case # 21-08126
(CONTINUED)

1.
2  The Warden of SVSP John-Jane Doe and is legally
3  Responsible for the full operations of Salinas Valley
4  State prison hereinafter "SVSP" & for the welfare of all inmates of SVSP
5

1    5. S. Clates the Health-Care Chief Executive
2  Officer at the Head-Quarters level Sacramento
3  California and is in Charge of operations of each
4  Medical Department within the California Department of
5  Corrections. The facilities go-Between for Resolving
6  Medical Complaints and facilitating Remedies of
7  a health Care Nature When Regular Appeals at
8  each facility has reached its Maximum exhaustion
9  developmental stage and May or May no longer be
10  Appealable & is Responsible for healthcare of all inmates of the CDCR.
11  population.

12    6. C.R. Padilla Who is the Chief Appeals Coordinator
13  at the institutional level. C.R. Padilla function as
14  the Appellate Coordinator at Salinas Valley State
15  prison hereinafter SVSP is at and or in the Health
16  Care Section of the Department of Corrections and
17  facilitates Medical Remedies for the inmate
18  population. Thereinunto, Therefore C.R. Padilla is legally
19  Responsible for facilitating & includes Medical
20  Remedies and Welfare for all inmates at "SVSP."
21
22    7. Nurse Magado a Registered Nurse at
23  and of Salinas Valley State prison

Christopher N. Washington #P77061
Mule Creek State Prison - DO1Sq# 70 7060
4001 HWY 104
Ione CA. 95640

pro Se plaintiff Amended Complaint
Case # 21-08126

1. _____ (contin'd) _____

2. _____

3. And is legally responsible for the Health-Care
4. of The inmate population in For such Related Medical
5. operations of Salinas Valley State prison.
6. _____
7. Each defendant above identifide are hereby
8. Sued individually and in his and or [Her] Official Capacity.
9. At All Times Mentioned in This Complaint Each defendant
10. Acted under The color of State law
11. _____

12. **III FACTS**

13. 8. The Matter at hand involves on VIII Eighth
14. Amendment violation Caused by Medical Employees
15. of The California Department of Corrections at SVSP
16. _____
17. The Most Honorable Judge Beth labson Freeman Questions
18. The plaintiff Standing in Capacity Or proper order Relative To The
19. Standing, we Demonstrate That by Balancing The Governments
20. obligation To provide Medical care for those whom it is
21. already Punishing, by and With incarceration, against when There
22. is NO Governmentle interest involved in The practice That has
23. produced The UNNECESSARY·UNRESTRICTED INFLICTION
24. of additional pain Such as The incidents occuring
25. initially Between The Mouths and year febrvary 2020 and
26. March of 2020 As This petitions Made Request for
27. Medical Assistance and Was finally Seen By RN Nurse
28. Magado, This was Consequeatly in Susequnt Many Denials of Medical Reqs

p. 4 of 10

Christopher H. Washington
Mule Creek State Prison + PO Box #409060
4001 Hwy 104
Ione CA. 95640          Pro Sé Plaintiff's Amended Complaint
                        Case # 21-09126
                        (Continued)

1.
2.          9. The petitioner Medical Symptoms
3. Were uncontrolled Caughing Respitory of not
4. Breathing proper. To shertness of Breath in-
5. hale and exhale each Time doing so Would
6. cause Dizziness ect... Thereby the know-
7. Wledge Regarding those experienced Medical
8. Symptoms at those Times Were only Based
9. upon limmited information and Belief and The fear's
10. of Contracting The covid-19 Disease and dying from
11. Such Medical Attention at That Time had Become a
12. a needed Necessity As such Therefore during an
13. interview With Nurse Magado petitioner failed
14. To glimpse any Penalogical reasoning for
15. interest involved in Nurse Magado Racial and
16. Discriminatory Remarks "why don't you use your Nigger
17. ape powrs?" (Sic) & Based upon belief The Statements (May
18. or May not have been Spoken By Nurse Magado
19. BUT for Cause, Without Which To Demonstrate
20. deliberate indifference. Thereupon This petitioner,
21. Request This Court To Take Judicial Notices
22. of a possible need for Trial and if or When such
23. a Moment in Time Manifest, This possible need,
24. That for This defendant To be found having re-
25. Quisits Mens Rea pursuant to the Jewell Instructions;
26. please see United States v. Jewell 532 f2d 697
27. (9th cir 1976): Although petitioner Was Denied
28. Medical care Many More Times prior To

                    Page 5 of 10

Christopher N Washington     P77051
Mule Creek State Prison - PO Box # 409060
4001 Hwy 104
Ione CA 95640

Pro se plaintiffs Amended Complaint
Case# 21-08126
(Continued)

1.
2.
3.
4. The dates of February & March of the year
5. 2020 As a fact this petitioner was denied of
6. Medical Attention at all, As a consequence soon
7. after March 2020 is petitioners symptoms
8. Became to the point of Beyond Detrimental
9. petitioner continued to suffer further injuries
10. from Nurse Magado in the forms of Threats
11. and non-provoked fear of reprisals for exercising
12. any potential Administrative 602 Redress of
13. deprivations of Medical Treatment although
14. this petitioner continue to request Medical help.
15.
16. As petitioner has utilized Growth awhile enduring
17. the rigors of prison life, the situations are
18. always Harsh, awhile experiencing Retching from
19. The Correctional officers, Such self help groups in CDCR
20. has equipped this petitioner with skills on how to
21. Become effective in helping other Human Men
22. Returning to Society Much Better citizens and
23. in law as a part and partial to obey all, rules
24. and laws, This petitioner has Maintained his
25. Collectiveness especially when Nurse Magado
26. Told this petitioner I hate you & I won't to
27. kill you
28.

pge 6 of 10

Christopher N. Nealy Appellant P02793
Mule Creek State Prison - PO Box # 401066
4001 Hwy 104
Ione CA. 95640

Pro Se Plaintiff Amended compt
Case # N-08126
(Contd)

1.
2.
3.
4. Instead this petitioner Refused To Respond
5. To Nurse Magada threats instead
6. petitioner Relied which upon skills he had
7. developed in many from self help groups
8. such as AVP, his insight allows him to
9. see that policy of CDCR is improper
10. training that Caused CDCR employees to
11. vtilize Repost's on offen Wonton Treatment
12. of prisoners i a to vse Race Related Discriminatory
13. Tactics in order to deliberately Treat prison unfairly,
14.
15. 11. As stated Above dealing with Nurse Magada for
16. closer to one year the entire situation gave aid
17. to this petitioner to successively Transfer in an
18. Above Average Make it to a level III situation i
19. Basically to Minimum Security level score to
20. Be a level II The lowest in security levels,
21.
22. IV Exhanstion of Legal Remedies
23.
24. 12. As indicated Above petitioner vtilize the 602
25. system this is evn Was Demonstrated in order
26. to attempt an Try To Resolve the entire
27. problem. originally filed on or about April 5, 2021
28. this petitioner do present facts Related
to primary or secondary Matters of This
situation or of this complaint i

page 7 of 10

Christopher R Washington
Mule Creek State prison - Box # 409060
4001 Hwy 104
Ione CA 95640

Pro Se plaintiff Amended Complaint
Case # 21-08126
(CONTINUED)

4. The Response was from The institutional level
5. at SVSP Actually C. R. Padilla The Chief
6. EXECUTIVE Office or CEO is Title held stated Health
7. Core Appeals Coordinator June 8th 2021. The
8. Respons Basically Continued in The Systimic Denial
9. of proper and effective Medical Treatment, the
10. staff of every Medical Department are so
11. improperly Trained & Subsequently The Appeal
12. ON 602 was exhausted to its highest level
13. from The Headquarters the response from The Chief
14. Health Care Appeals Branch in Sacramento California
15. S. Cattes on or about September 1st 2021
16. The super Response As from The States
17. CR Padilla Basically speaks to a large
18. Degree of lack of care and Training: The
19.    CDCR Medical Department Refused To
20. give perventative medical help In order
21. which would have prevented the petitiner from
22. get sick and Thus this petitiner Appealed The
23.    Deniels of his grievances: Therefore The
24. plaintiff hereby Realloge and henceforth incoporates
25. by reference of The Above paragraphs 1. Through
26. 12.
27.
28.

            V    Legal Claims
13. The inadequate Medical Car, The Deliberate indifferences to The
petitioner's Medical needs did violate petitioners VIIIth Amendment Rights
of the States and said petitioner claims for

            page 8 of 10

Mule Creek State prison - P.O. Box #409060
4001 HWY 104
Ione CA. 95640

Pro se plaintiff Amended Complaint
Case # 21-08126
(Continued)

1.
2.
3. Due process of laws were violated by Appeals Cir. Padilla & S. Cates
4. and also the petitioners state constitution of Cali-
5. fornia pursuant to Article 1 section 17. petition made
6. As stated Many Attempts to adequately obtain proper Health
7. care About his Health conditions he suffered from, at
8. each time the petition did not receive Medical help
9. he requested help from a higher level at which no remedy
10. was ever obtain, in fact this petition is still
11. suffering from those injuries, therefore onto & a
12. prior to and just subsequent thereafter 602
13. other Resources were lined up, and attempted to
14. Bring the problem to the attention of The Warden svp.
15. #1, please see attached Exhibit E(1-2) also see
16. Attached Exhibit F of interaction & in Communication to
17. and from the prisons law office Donald egeet in Sheran Norman
18. San Quentin CA. please take judicial Notices of
19. As follows, legal standards of which to addition or herby
20. Re-alleged, that the Above stated violation were created
21. & Demonstrated Acts By which the stated
22. Defendants/Respondent did so with deliberate
23. indifference to the said plaintiffs serious
24. Medical health needs, please see the
25. following Estelle v. Gamble (1976) 429 U.S. 97, 103-104
26. [97 S.Ct 285; So. L.Ed.2d 251] Hoptowit v. Ray (4th Cir 1982) 682 F2d
27. 1237, 1252-1253; All of the Above stated does
28. Constitute The Fourteenth Amendment To the U.S.
Constitution

Mule Creek State Prison - Po Box # 409060
4001 Hwy 104
Ione CA 95640

Pro Se plaintiff's Amended Complaint
Case # 21-00126 (Continued)

14. The plaintiff hereby Contends that in
addition to all the Complaint described herein
The Plaintiff has no plain adequate Remedy
at law that would properly redress any of
wrongs complained about herein by any discription.
The plaintiff has and will continue to be
irreparably injured by the Conduct of the
Defendants unless this court grants the
Declaratory and injunctive Relief which
this petitioner / plaintiff seeks

## VI prayer for Relief

WHEREFORE plaintiff Respectfully prays that
This court enters judgment granting plaintiff

15. A declaration that acts - omissions described herein
violated plaintiffs Rights under Constitution and laws of the
united states

16. A preliminary and permanent injunction ordering Respondents Nurse Magado
Warden svsp Doe S.Cates & sgt Padilla to compensate plaintiff as follows

17. compensatory Damages in the Amount of $5000 each to indemnify
plaintiff for any future loss each Defendant are sued Both jointly &
severally in each individual and official capacity

18. punitive Damages of $500 each

19 A jury Trial on all issues Cost of suit

Respectfully submitted by Christopher M. Westrup

9 of 10 of P

5-13-2022



DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

| STAFF USE ONLY | Expedited? ☐ Yes ☑ No | Tracking #: SVSP HC 21000595 | |
|---|---|---|---|

M. VILLANUEVA, RN

Signature _____ Date 4/6/2021

Staff Name and Title (Print)

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): Washington Christopher N | CDCR #: P-77854 | Unit/Cell #: D6-116 |
|---|---|---|

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy: Constitutional Violations Inter Alia

At the outset I the Ens. Legis State Custody Inmate Pursuant To Posses V. Nussle(2001) 534 U.S. 516 520[sas 44 9th5 152 Legal 12] & McKinney V. Carey[?? 9th Cir 2000] 311 F3d 1198, 1199 here forth give SVSP Health care prison officials and Authority fair Notice with an opportunity To Respond Thereby [Griffin v. Arcoia (9thCir 2000) 557 F3d 1117 1120-1121] Please acknowledge that I am an Immunocompromised Bio-Systematic Inmate. Also To Being a Type 2 insulin dependant Diabetic As Such I am also placed at a much More higher Risk for the Detriment of Contracting The Covid-19 virus and suffering Trible Damages, Inter Alia This May or May not be The Reasons why I have Caught the Covid-19 virus Twice Awhile here at SVSP & a Cause of Severe Respritory inflimatey long Term after Effects and other Related Symptoms

| Supporting Documents Attached. Refer to CCR 3999.227 ☑ Yes ☐ No | Date Submitted: 4-5-2021 |
|---|---|

Grievant Signature: _____

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL. CW

| SECTION B: | HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☑ Yes ☐ No |
|---|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____

☐ Withdrawn (see section E)

☑ Accepted   Assigned To: Villanueva  Title: HCARN   Date Assigned: 4/14/21  Date Due: 6/9/21

Interview Conducted? ☑ Yes ☐ No   Date of Interview: 6/4/2021   Interview Location: CTC-122

Interviewer Name and Title (print): M. VILLANUEVA, RN   Signature: _____ Date: 6/4/2021

Reviewing Authority Name and Title (print): S. SAWYER   Signature: _____ Date: 6/8/2021

Disposition: See attached letter   ☐ Intervention   ☑ No Intervention

HCGO Use Only: Date closed and mailed/delivered to grievant: JUN 08 2021

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached ☐ Reached |
| ☑ Not Applicable | ☐ Other | *See chrono/notes |

4. Comments: A1ME = 9.9

RECEIVED SVSP APR 06 2021 HCGO

COMPLETED SVSP JUN 08 2021 HCGO

STAFF USE

RECEIVED HCCAB JUN 17 2021 ONLY

COMPLETED HCCAB SEP 01 2021

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

Tracking #: **21000595**

| SECTION C: | **Health Care Grievance Appeal.** If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758. |
|---|---|

I claimant hereby Allegate By proof of my claims that
The intent of The Respondents May or May not have been To
Mislead and or To otherwise without any requested Evidence as
Inter Alia.....May hereTo Express dissatisfaction where Respondent
continue to deny claimant redress his injuries, Specific Please
Exhibit "B" when claimant was Tested The first Time as second Time
Both positive 8-31-2020 as 9-02-2020 The Bottom Line of
This Respondent had a legal duty to respd, However instead
Respondent elected to pretend I Never caught covid-19 Virus
as In Their Response To said notices The opposition still Remain
silent a Thereby Tacit Aquiescence Agreed to the claims and also
Failed to Address on going health problem after Vaccine, I have No Remedy

**Grievant Signature:** _____  **Date Submitted:** _____

| SECTION D: | **HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL:** Staff Use Only | Is a CDCR 602 HC A attached? ☒ Yes  ☐ No |
|---|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction):  Date: _____  Date: _____

☐ Withdrawn (see section E)  ☒ Accepted

☐ Amendment  Date: _____

Interview Conducted? ☐ Yes ☒ No  Date of Interview: _____  Interview Location: _____

Interviewer Name and Title (print): _____  Signature: _____  Date: _____

**Disposition:** See attached letter  ☐ Intervention  ☒ No Intervention

*This decision exhausts your administrative remedies.*

**HQ Use Only:** Date closed and mailed/delivered to grievant: **SEP 0 1 2021**

| SECTION E: | **Grievant requests to WITHDRAW health care grievance:** I request that this health care grievance be withdrawn from further review. Reason: |
|---|---|

_____
_____
_____
_____

**Grievant Signature:** _____  **Date Submitted:** _____

**Staff Name and Title (Print):** _____  **Signature:** _____  **Date:** _____

# STAFF USE ONLY

Distribution: **Original** - Returned to grievant after completed; **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

**STAFF USE ONLY**

Tracking #: SVSP HC 21000595

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): | CDCR Number: | Unit/Cell Number: |
|---|---|---|
| Washington Christopher N | P79857 | 29-137 |

**SECTION A:** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy):

These with These claims are loss of visco EYE Rash Bumps Redness ect...
henceforth I do Assert Real issues al NOT ones supposition the
Assestion Are clear please advise ??

Please see Documents Attached
In support
Exhibit A. al Exhibits B
Exhibits Ba are Health
Care Medical Record In Due Course

Grievant Signature: _____

Date Submitted: 4-5-2021

**SECTION B:** Staff Use Only: Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview.

| Name and Title: | Signature: | Date : |
|---|---|---|

RECEIVED SVSP APR 06 2021 HCGO
RECEIVED HCCAB JUN 17 2021
COMPLETE HCCAB SEP A 2021
STAFF USE ONLY

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

21000595
Tracking #:

| SECTION C: | Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section C only (Dissatisfied with Health Care Grievance Response): |
|---|---|

Grievant Signature: _____     Date Submitted: _____

| SECTION D: | Staff Use Only: Grievants do not write in this area. Grievance Appeal Interview Clarification. Document issue(s) clarified during interview (If necessary at HQ Level). |
|---|---|

Name and Title: _____     Signature: _____     Date : _____

**S T A F F   U S E   O N L Y**

Distribution: Original - Returned to grievant after completed, Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Institutional Level Response**

**Closing Date:**     JUN 0 8 2021

**To:**     WASHINGTON, CHRISTOPHER (P77851)
Z 009 1145001LP
Salinas Valley State Prison
P. O. Box 1020
Soledad, CA 93960-1020

**Tracking #:**     SVSP HC 21000595

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue:   Disagreement with Treatment ( Nursing Staff ) | States that due to his high risk, he got COVID twice and has long-term side effects and other related symptoms |

## INTERVIEW
On June 4, 2021, you were interviewed by M. Villanueva, Health Care Appeals Registered Nurse (HCARN) regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.       [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate you were seen by your primary care provider (PCP) on April 12, 2021, and the progress note indicated that hypertension is at goal and Type 2 Diabetes Mellitus markedly improved.

On April 20, 2021, you were seen by the PCP and the progress note indicated that your type 2 Diabetes Mellitus is well controlled with lifestyle modifications and treatment changes.

Records indicate you had a negative COVID test result on January 20th, March 9th, 25th, and May 20th, 2021. You received the first dose of the Moderna vaccine on February 13th and the second dose on March 9th, 2021.

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

RECEIVED
HCCAB
JUN 17 2021

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

You have a current order of Xopenex inhaler as needed for shortness of breath. You will be seen by your PCP for a follow up as scheduled.

You are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically necessary health care services. Patients shall be accorded impartial (equal, unbiased) access to treatment or accommodations that are determined to be medically or clinically indicated, based on the patient's individual presentation, history, and exam findings, in accordance with appropriate policies and procedures. Treatment determined to be medically or clinically indicated for another patient may not be determined to be appropriate for you; this does not constitute a violation of your right to impartial access to medically or clinically necessary health care.

While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

(4)  G.R. Padilla
Chief Executive Officer
Salinas Valley State Prison

6/8/2021
Reviewed and Signed Date

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

RECEIVED
HCCAB
JUN 17 2021

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

SVSP - Salinas Valley State Prison

Patient:               **WASHINGTON, CHRISTOPHER N**
DOB/Age/Birth Gender:   12/25/1963 / 57 years    /   Male        CDCR: P77851

| *Virology Results* | | | | |
|---|---|---|---|---|

| Specimen Type | Accession Number | Collected Date/Time | Ordering Provider | Received Date/Time |
|---|---|---|---|---|
| Mid-turbinate | 20-244-04642 | 8/31/2020 15:05 PDT | Saravi,Majid P&S | 9/1/2020 03:26 PDT |

| Procedure | Result | Units | Reference Range | Verified Date/Time | Verified By |
|---|---|---|---|---|---|
| SARS CoV 2 RNA (COVID19) | DETECTED @f1 | | [NOT DETECTED] | 9/2/2020 14:01 PDT | QUEST CONTRIBUTOR_ SYSTEM |

Result Comments
f1:     SARS CoV 2 RNA (COVID19)

A Detected result is considered a positive test result
for COVID-19. This indicates that RNA from SARS-CoV-2
(formerly 2019-nCoV) was detected, and the patient is
infected with the virus and presumed to be contagious.
If requested by public health authority, specimen will
be sent for additional testing.

Please review the "Fact Sheets" and FDA authorized
labeling available for health care providers and
patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2
https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/
fact-sheet2

This test has been authorized by the FDA under an
Emergency Use Authorization (EUA) for use by authorized
laboratories.

Due to the current public health emergency, Quest
Diagnostics is receiving a high volume of samples from
a wide variety of swabs and media for COVID-19 testing.
In order to serve patients during this public health
crisis, samples from appropriate clinical sources are
being tested. Negative test results derived from
specimens received in non-commercially manufactured
viral collection and transport media, or in media and
sample collection kits not yet authorized by FDA for
COVID-19 testing should be cautiously evaluated and the
patient potentially subjected to extra precautions such
as additional clinical monitoring, including collection
of an additional specimen.

Methodology: Nucleic Acid Amplification Test (NAAT)

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  40098711                        Print Date/Time:  4/2/2021 06:33 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
                information intended for the recipient only.

EXHIBIT
"B"
1 of 2

HCCA
JUN 17 2021

SVSP - Salinas Valley State Prison

Patient:              **WASHINGTON, CHRISTOPHER N**
DOB/Age/Birth Gender:   12/25/1963 /   57 years   /   Male          CDCR: P77851

| *Virology Results* |
|---|

Result Comments
f1:     SARS CoV 2 RNA (COVID19)
        includes PCR or TMA

        Additional information about COVID-19 can be found
        at the Quest Diagnostics website:
        www.QuestDiagnostics.com/Covid19.
        Lab test performed by:
        Lab Mnemonic:  05D0642827
        QUEST DIAGNOSTICS-WEST HILLS
        8401 FALLBROOK AVENUE
        WEST HILLS, CA 91304-3226
        TAB TOOCHINDA

| Specimen Type | Accession Number | Collected Date/Time | Ordering Provider | Received Date/Time |
|---|---|---|---|---|
| | | 8/31/2020 16:02 PDT | Saravi,Majid P&S | |

| Procedure | Result | Units | Reference Range | Verified Date/Time | Verified By |
|---|---|---|---|---|---|
| COVID-19 POC Result | Positive | | | 8/31/2020 16:02 PDT | Dowless,Heather PHN |
| Brand of Machine Running Test | Quidel Sofia2 | | | 8/31/2020 16:02 PDT | Dowless,Heather PHN |

Exhibit
NB'
2 of 2

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  40098711                          Print Date/Time:  4/2/2021 06:33 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

RECEIVED
HCCAB
JUN 17 2021



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



# MEMORANDUM

| | |
|---|---|
| **Date:** | 4/2/2021 |
| **To:** | Washington, Christopher #P77851 |
| **From:** | Health Information Management<br>Salinas Valley State Prison |
| **Subject:** | Medical Records |

Enclosed are the *Medical Records you have requested. Please sign the Receipt and 193 for health information records then return to Medical Records.*

Thank you,

X _____

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA 95758



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



## Headquarters' Level Response

**Closing Date:** SEP 0 1 2021

**To:** WASHINGTON, CHRISTOPHER (P77851)
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**From:** California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:** SVSP HC 21000595

### RULES AND REGULATIONS
The rules governing these issues are:  California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

### HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Disagreement with Treatment (Nursing Staff ) | Long-term side effects and other symptoms due to contracting COVID-19 twice. |
| Issue: | COVID-19  Risk/Score) | You are high-risk due to diabetes. |

### HEADQUARTERS' LEVEL DISPOSITION

[X] No intervention.   [ ] Intervention.

### BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate:
- The Institutional Level Response adequately addressed your concerns and is sustained at the headquarters' level of review.
- You are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.

---

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

- On August 3, 2021, the provider documented your Type 2 diabetes as controlled and present management was continued; you reported relief of dyspnea with the use of your inhaler;
- On August 25, 2021, you were seen by the primary care provider where you reported no shortness of breath. The provider did not document any concerns from you regarding your grievance issues at that time.
- There is no recent documentation that you have attempted to access health care services utilizing the approved processes for concerns related to the issues contained in your grievance.
- If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.

The California Department of Corrections and Rehabilitation and California Correctional Health Care Services have protocols in place that follow recommendations for quarantines set forth by the Centers for Disease Control and Prevention, *Interim Guidance on Management of Coronavirus Disease in Correctional and Detention Facilities*. This guidance is specific for correctional facilities and detention centers during the outbreak of COVID-19, to ensure continuation of essential public services and protection of the health and safety of incarcerated and detained persons, staff, and visitors.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

_S. Gates, Chief_
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

September 1, 2021
Reviewed and Signed Date

---

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA 95758

NEWS > **CALIFORNIA NEWS** · News

# Prisoner says spike in COVID-19 at Salinas Valley prison followed inter-yard transfer; prisons have logged more than 7,400 new cases statewide

Soledad prison currently leads state prisons in COVID-19 cases

By **NATE GARTRELL** | ngartrell@bayareanewsgroup.com | Bay Area News Group

PUBLISHED: December 28, 2020 at 12:29 p.m. | UPDATED: December 29, 2020 at 4:45 p.m.

SOLEDAD — As COVID-19 cases continue to spike across California prisons — with nearly 10,000 active cases, including more than 7,400 recent positive tests — one man incarcerated here says he plans to take legal action over a yard-to-yard transfer that inmates say preceded a spike in COVID-19 cases back in September.

Chris Washington, a 57-year-old Ba Area native incarcerated at Salinas Valley State Prison said that a COVID-19 outbreak at the prison's A Facility occurred after he was transferred from a different yard, the D Facility, despite the fact that he was exhibiting virus symptoms. In a letter to this newspaper, Washington — who says he suffers from a disease that makes him more susceptible to the virus — wrote his "many, many" requests for medical assistance went ignored and that he was transferred from D to A over his protests.

"I was finally given a C-19 test where I t· sted positive," Washington wrote, later adding that the test, "was not given to me until I transferred from 'D' Facility to 'A' Facility...staff knew that I was a high risk to contracting COVID-19 but staff refused to help."

The outbreak at Salinas Valley prison last August and September led to dozens of cases, and the death of one inmate in late August, according to CDCR. To contain the virus, staff quarantined everyone who tested positive into a single building.

Since recovering from the virus, Washington says he has continued to exhibit symptoms and plans on taking legal action. A CDCR spokeswoman said that she couldn't comment on specific inmate's allegations but that CDCR is following guidelines laid out by California Correctional Healthcare Services.

"If an inmate is identified as a close contact to a COVID-19 patient the inmate may be moved to a designated quarantine housing unit where they receive regular testing and health care screenings multiple times a day," Simas said in an email. "If the patient subsequently tests positive, that patient is moved away from those who are not reported positive and placed into a designated isolation housing unit where only positive patients are housed."

Thus far, 115 prisoners and staff have died from COVID-19 complications in prisons this year, and all but 11 of them were incarcerated people, according to the most recent tally from the California Department of Corrections and Rehabilitation. Nearly half of those were being held at two facilities: San Quentin, and California Institution for men in Chino, according to state records.

But over the past two weeks, state prisons have seen an explosion of COVID-19, with more than 7,400 new positive tests, including more than 500 at the Sierra Conservation Center in Jamestown. There have also been more than 400 new positive tests at both Mule Creek State Prison and the Correctional Training Facility in Soledad, is located on the same property as Salinas Valley prison, which has logged more than 100 new cases over the past two weeks.

In the case of San Quentin, a summer outbreak of COVID-19 has largely been blamed on transfers from other prisons where the virus had already spread, leading to thousands of cases and 27 deaths.

# FIRST DISTRICT APPELLATE PROJECT

475 Fourteenth Street, Suite 650 • Oakland, California 94612 • (415) 495-3119 • Facsimile: (415) 495-0166

January 24, 2021

Christopher Nathaniel Washington          ***Confidential Attorney-Client***
CDCR no. P77851                           ***Privileged Communication***
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA 93960-1050

Re:   *People v. Christopher Nathaniel Washington*
      First District Court of Appeal no. A161449
      Alameda County Superior Court no. HC135663-1

Dear Mr. Washington:

On December 8, 2020, for the reasons explained in the enclosed order, the Court
of Appeal dismissed your appeal.  Our office received a copy of the transcripts
that had been prepared for your appeal.  We are sending you the transcripts
along with the dismissal order.  We wish you the best of luck.

Sincerely,

First District Appellate Project

Dr. Christopher Nathaniel El-Bey Washington #P77851

MCSP- PO Box #401099 - 4001 Hwy 104

Ione CA 95641

United States District Court

Northern District Court of California

Dr. Christopher Nathaniel
El-Bey Washington

                    Petitioner    Coset

Nurse Mcgadd SVSP
John/Jane Doe Warden SVSP
E.R. Padilla Health Care CEO HQ
J Clarke Chief Appeals SVSP
Ralph Diaz Secretary of Corrections
Gavin Newsom Governor California
                    Respondents

                                         Petitioners Notice of Motion

                                         Request Motion w/ & Declaration

                                         Pursuant to LR# 7-2

Comes now Dr. Christopher Nathaniel El-Bey Washington
IN-PERSONUM IN JURIS Autonomous A public Minister for The
Moorish Science Temple of America Temple # 6041 hereinafter M.S.T.of.A
hereby granting this Court By Special De-posit the legal use
of My Name for Future Return of My Interest $500-000 = five-
hundred Thousand dollars for each Breach illegal use of Tort
Injury Identity Theft. I am A Moorish American By True
Nationality and Birth Rights As a descendant of Moroccans But
Born in America henceforth let this Record reflect I am
Registered in The data base of Moorish Americans By Registration
Number 7070525 UCC-1 henceforth As executive I am Executor of
This estate I am also Creator of such. Therefore if prior evidence exists
of Consent It's infact inaccurate and is hereby Denied, Wherefore The above
Stated is truth best of my knowledge and Belief A Authorized Representative form w/ Affidavits of Truth
Can be provided upon demand Pursuant to 28 USC 1746 Respectfully submitted by

RECEIVED
MAR 16 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

<u>Proof of service by Mail</u>

I Christopher N. Washington

Plaintiff

on ___5-13-22___, Submitted

The Document

Titled
Amended complaint & exhibits

To the Northern District Court of
California in United States Federal
District Court

By placing a True copy
in a envelope

With pre paid postage
Addressed as follows

US. Dist Courthouse
Northern Dist Ca/ifor
280 S Pt
San Jose CA. 95113

