UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. WASHINGTON,<br><br>         Plaintiff,<br><br>    v.<br><br>NURSE MAGADO,<br><br>         Defendant. | Case No. 21-cv-08126 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action with respect to Defendant Magado is DISMISSED without prejudice.  Judgment is entered accordingly.

The Clerk shall terminate any pending motions and close this action.

**IT IS SO ORDERED.**

**Dated:  __March 14, 2023_____**

                                                                    _____
                                                                    BETH LABSON FREEMAN
                                                                    United States District Judge

Judgment
PRO-SE\BLF\CR.21\08126Washington_judgment